ACCEPTED
01-15-00206-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 1:04:29 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00206-CR

IN THE COURT OF APPEALS

FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/17/2015 1:04:29 PM

CHRISTOPHER A. PRINE
Clerk

_____

## No. 17166

IN THE 253RD DISTRICT COURT OF

CHAMBERS COUNTY, TEXAS

_____

| | | |
|---|---|---|
| **CODY CRYMES** | § | Appellant |
| **v.** | § | |
| **STATE OF TEXAS** | § | Appellee |

_____

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**Cheryl Swope Lieck**
District Attorney
Chambers County, Texas

**Kathy Esquivel**
Assistant District Attorney
Chambers County, Texas
P.O. Box 1409
Anahuac, Texas 77514
(409) 267-2682
(409) 267-3105
kesquivel@co.chambers.tx.us

**COMES NOW** the State of Texas, by and through her Assistant District Attorney, Kathy Esquivel, and, pursuant to TEX. R. APP. PRO. 73, presents this Motion for Extension of Time. In support of the motion, the State submits the following:

1.      The above case is on appeal from a plea of guilty in the 253rd Judicial District Court of Chambers County, Texas.

2.      The State's brief is currently due on July 17, 2015.

3.      This is the State's first Motion for Extension of Time.

4.      Counsel for the State was preparing for another jury trial in the 253rd District Court and did not have adequate time to complete the brief in this case. Further, counsel for the State was recovering from an illness that required several days off from work.

5.      The State requests that the time for filing the State's Brief be extended by 14 days to July 31, 2015.   The State requests this extension not for delay, but to see that justice is done.


      **WHEREFORE, PREMISES CONSIDERED,** the State prays that this Court grant the State's Motion for Extension of Time and extend the due date of the State's Appellate Brief until July 31, 2015.


                              **Respectfully submitted,**
                              **CHERYL SWOPE LIECK**
                              **Chambers County District Attorney**


                              /s/ Kathy Esquivel
                              **KATHY ESQUIVEL**
                              Assistant District Attorney

Chambers County, Texas
P.O. Box 1409
Anahuac, Texas 77514
(409) 267-2682
(409) 267-3105 FAX
SBN 24034432
kesquivel@co.chambers.tx.us

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been sent to opposing counsel via email on ____17th_____ day of July, 2015.

/s/ Kathy Esquivel
**KATHY ESQUIVEL**
Assistant District Attorney
Chambers County, Texas

Rick Oliver
Attorney for Appellant